UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JERRY MCQUEEN,

        Defendant.
_____/

Case Number 24-20136
Honorable David M. Lawson

## ORDER STRIKING IMPROPER FILING

On July 15, 2024, counsel for the defendant filed a motion to withdraw as counsel of record for the defendant. Contemporaneously with that motion, he filed a document styled as a "Notice of Hearing," which indicates that the motion will be heard at a date and time to be set by the Court. This filing is impertinent and tends to confuse the record because the Court itself will notice a prompt hearing on the counsel's motion to withdraw. The Court therefore will order that the document be stricken.

Accordingly, it is **ORDERED** that the Notice of Hearing (ECF No. 28) is **STRICKEN**.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated:  July 16, 2024